# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0715, <u>Michael Mason & a. v. Cowles Ford, Inc. d/b/a Cowles Parkway Ford</u>, the court on June 24, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

The plaintiffs, Michael Mason and Shawn Mason, appeal the order of the Superior Court (<u>Vaughan</u>, J.) dismissing their complaint against the defendant, Cowles Ford, Inc., d/b/a Cowles Parkway Ford, for lack of personal jurisdiction.  The plaintiffs argue that they alleged sufficient facts in their complaint to establish personal jurisdiction over the defendant in New Hampshire.

As the appealing party, the plaintiffs have the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, the plaintiffs' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error.  <u>See id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.


**Eileen Fox,**
**Clerk**